# Court of Appeals
# of the State of Georgia

ATLANTA, __October 17, 2019__

*The Court of Appeals hereby passes the following order:*

**A20D0091.  PETERSON GERMAIN v. THE STATE.**

Peterson Germain,[1] while represented by counsel, pled guilty to forgery in the third degree on August 12, 2019. On September 24, 2019, Germain filed this pro se application for discretionary appeal from his conviction.  However, a criminal conviction is directly appealable and requires no application. See OCGA §§ 5-6-34 (a) (1) and 5-6-35 (a).

We will grant an otherwise timely discretionary application if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j).  However, to fall within this general rule the application must be filed within 30 days of entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d), (j). Here, Germain filed this application 43 days after entry of the judgment. The application is therefore untimely, and it is hereby DISMISSED for lack of jurisdiction.

To the extent that Germain's right to appeal has been frustrated by errors of counsel, he may be entitled to an out-of-time appeal. See *Rowland v. State*, 264 Ga. 872, 875-876 (2) (452 SE2d 756) (1995). He therefore is informed of the following in accordance with *Rowland*, 264 Ga. at 875-876 (2): This application has been dismissed because you failed to file a proper application or notice of appeal. If you still wish to appeal, you may petition the trial court for leave to file an out-of-time appeal. If the trial court grants your request, you will have 30 days from the entry of

---

[1] The judgment of conviction shows the applicant's name as Germain Peterson, but the applicant signed the judgment "Peterson Germain" and filed his pro se application for discretionary appeal as Peterson Germain.

that order to file a notice of appeal referencing your conviction. If the trial court denies your request, you will have 30 days from the entry of that order to file a notice of appeal referencing the denial of your request for an out-of-time appeal.

The Clerk of Court is DIRECTED to send a copy of this order to Germain and to his attorney, and the latter also is DIRECTED to send a copy to Germain.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta, 10/17/2019*
  *I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
  *Witness my signature and the seal of said court* hereto affixed the day and year last above written.



_____ , *Clerk.*